# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE:

JUAN A JUARBE SANJURJO
EMMA NOLASCO ROSADO

CASE NO. 98-14797-SEK

CHAPTER 13

DEBTOR(S)

*************************************************/*

## TRUSTEE'S REPORT REGARDING UNCLAIMED FUNDS

**TO THE HONORABLE COURT:**

Comes now, Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully states and prays:

Along with this motion the Trustee has filed the final report and account in the present case.

As of this date, the Trustee has in his possession unclaimed funds as detailed below:

| Creditor's name | Check No. | Amount |
|---|---|---|
| CARMELO CALDERON | 1543173 | $1848.59 |

**WHEREFORE**, for the reasons stated above it is respectfully requested from the Court to take knowledge of the above and to allow for the consignment of these funds with the Clerk of the Court and to grant the relief it may deem just.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I have served a true and exact copy of this motion by First Class U.S. Mail postage prepaid upon debtor(s), counsel for debtor(s), upon the above referred creditors to their address(es) of record and upon H. GARCIA, U.S. ATTORNEY OFFICE AT 350 CARLOS CHARDON AVE SUITE 1201, SAN JUAN PR 00918.

In San Juan, Puerto Rico this   12th  day of July, 2004.

**ALEJANDRO OILVERAS RIVERA**
**STANDING CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521

98-14797-S                         CERTIFICATE OF MAILING
------------------------------------------------------------------------------
The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:
------------------------------------------------------------------------------

| ALEJANDRO OLIVERAS RIVERA | | CELESTINO MATTA | |
| PO BOX 9024062 | | U.S. POST OFF. & COURTHOUSE BL | |
| SAN JUAN PR | | SUITE 109, 300 RECINTO SUR | |
| | 00902 | OLD SAN JUAN, PR | 00901 |
| *LYSSETTE A MORALES VIDAL* | | ASOCIACION EMPLEADOS DEL ELA | |
| URB VILLA BLANCA | | PO BOX 364508 | |
| #76 CALLE AQUAMARINA | | SAN JUAN PR | |
| CAGUAS PR | 00725 | | 00936 |
| BANCO POPULAR DE PUERTO RICO | | CLERK, U.S.BANKRUPTCY COURT | |
| MORTGAGE SERVICE DEPT 762 | | UNCLAIMED MONEY | |
| PO BOX 362708 | | | |
| SAN JUAN PR | 00936 | | 00000 |
| COOP A/C ORIENTAL | | ISLAND FINANCE | |
| PO BOX 876 | | PO BOX 195369 | |
| HUMACAO PR | | SAN JUAN PR | |
| | 00792 | | 00919 |
| CARMELO CALDERON PADILLA | | ISRAEL JIMENEZ GONZALEZ | |
| C/O JUAN C NEGRON DOMINGUEZ | | | |
| PO BOX 8673 | | APARTADO 1175 | |
| BAYAMON PR | 00960 | VEGA BAJA PR | 00693 |
| EMPRESAS BERRIOS INC | | BANCO POPULAR DE PUERTO RICO | |
| PO BOX 674 | | BANKRUPTCY DEPARTMENT | |
| CIDRA PR | | PO BOX 366818 | |
| | 00739 | SAN JUAN PR | 00936 |
| PREPA [AEE] | | SEARS ROEBUCK DE PR INC | |
| C/O PATRICIA GUIJARRO ALFONSO | | PO BOX 71204 | |
| GPO BOX 363928 | | SAN JUAN PR | |
| SAN JUAN PR | 00936 | | 00936 |
| ISRAEL JIMENEZ GONZALEZ | | | |
| C/O DOMINGO CARRASQUILLO | | | |
| ESQ APARTADO 794 | | | |
| BAYAMON PR | 00959 | | |
| JUAN A JUARBE  SANJURJO and EMMA NOLASCO ROSADO | | | |
| PO BOX 6416 | | | |
| CAGUAS PR | | | |
| | 00726 | | |

DATED: July 12, 2004                         NANCY ALAMO
                                             OFFICE OF THE CHAPTER 13 TRUSTEE
           PAGE 1 OF 1 - CASE NO. 98-14797-S

*Alejandro Oliveras Rivera,* **CHAPTER 13 TRUSTEE**

1543173

Payee: CLERK, U.S.BANKRUPTCY COURT
Creditor No.: 408115

Check No.: 1543173
Date: Jul 08, 2004

| Case No | Debtor Name(s) | Payment | Interest | Balance |
|---|---|---|---|---|
| 9814-797 | JUAN A JUARBE SANJURJO & EMMA NOLAS | 584.76 | .00 | 1263.83 |
| | ACCT: CARMELO CARDERON | [0009/33/1] | | |
| | SSN1: 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  SSN2: 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 | | | |

Totals 1848.59 .00